UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | 2:21-cv-06910-AB-SHK | Date: | October 8, 2021 |
|---|---|---|---|
| Title: | *Dejon Xarvia Canada v. Brian Kibler* | | |

Present: The Honorable  Shashi H. Kewalramani, United States Magistrate Judge

| D. Castellanos | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):    Attorney(s) Present for Defendant(s):

None Present                                        None Present

**Proceedings (IN CHAMBERS):   Order to Show Cause Re Filing of Notice of Appearance**

On August 25, 2021, Petitioner Dejon Xarvia Canada ("Petitioner") filed a Petition for Writ of Habeas Corpus by a Person in State Custody under 28 U.S.C. § 2254. Electronic Case Filing Number ("ECF No.") 1, Petition. On September 13, 2021, the Court issued an Order Requiring Response to Petition. ECF No. 4, Order. In that Order, the Court required Respondent Brian Kibler ("Respondent") to file and serve a notice of appearance, designating the Deputy Attorney General(s) in charge of the case, within fourteen (14) days of the service date of the Court's Order.

As of October 8, 2021, Respondent has not filed a Notice of Appearance. Accordingly, within **fourteen (14)** days of the date of this Order, that is, by **October 22, 2021**, Respondent is **ORDERED TO SHOW CAUSE**, in writing, as to why Respondent has failed to comply with a court order. If by **October 22, 2021**, Respondent files a Notice of Appearance, this Order to Show Cause will be automatically discharged, and Respondent need not respond to it separately.

**IT IS SO ORDERED.**