JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEJON XARVIA CANADA,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>BRIAN KIBLER, Warden,<br><br>　　　　　Respondent. | Case No. 2:21-cv-06910-AB (SHK)<br><br>**JUDGMENT** |

　　Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

　　IT IS HEREBY ADJUDGED that this action is DISMISSED with prejudice.

Dated: August 30, 2022

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HONORABLE ANDRE BIROTTE JR.
　　　　　　　　　　　　　　　　　　United States District Judge